**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ROEL GODINES WIDMAN-OROZCO,

Petitioner,

v. No. 1:26-cv-03174-MLG-KRS

JEFFRY FIKES, et al.,

Respondents.

**ORDER FOR STATUS UPDATE**

Petitioner Roel Godines Widman-Orozco seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Widman-Orozco filed his Petition for a Writ of Habeas Corpus ("Petition"), on September 24, 2026, in which he seeks his immediate release. Doc. 1 at 4. On September 25, 2026, the Court entered an Order to Show Cause and Enjoining Transfer. Doc. 4. On October 2, 2026, the Court learned that Respondents had transferred Widman-Orozco outside this District to a Texas detention facility. *See* Doc. 6 at 3 ("Notice of Change of Address by Roel Godines Widman-Orozco"). On October 5, 2026, the Court ordered Respondents to show cause "why the transfer was not in violation of this Court's September 25th Order enjoining transfer outside of the District of New Mexico." Doc. 7 at 2. Respondent's averred that they are "effectuating a final order of removal against Petitioner, and he was transferred out of the District of New Mexico to facilitate those efforts." Doc. 8 at 1.

The Court was informed today that Widman-Orozco was again transferred, this time to Louisiana on October 17, 2026. Doc. 15 at 2. Since this second transfer, the Court had attempted delivery of the Respondents' filings to Widman-Orozco five separate times at his last known address in Texas, to no avail. *See* Docs. 10-14. Widman-Orozco states that in Louisiana, he was

transported to an airport and put on aircraft reportedly bound for the Honduras and Guatemala, before being removed from it and returned to immigration custody. *Id.*

The Court orders Respondents to file a status update with the Court and explain Widman-Orozco's current circumstances, including where he is, whether the removal order against him is still being effectuated and whether there remains a "significant likelihood of removal in the reasonably foreseeable future." *Zadvydas v. Davis*, 121 S. Ct. 2491, 2505 (2001). The update shall be filed with the Court no later than Thursday, November 12, 2026.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA